UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ANTHONY MILLS,

    Plaintiff,

v.                                                             No. 1:26-CV-077-H

ARLENE BLUTH,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court deny the plaintiff's motion for leave to proceed in forma pauperis and that this case be dismissed with prejudice.  Dkt. No. 6.  No objections were filed, and the plaintiff has taken no action in this case since February 20, 2023. *See* Dkt. No. 6.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020).  The District Court has reviewed the FCR for plain error.  Finding none, the Court accepts and adopts the FCR.  The plaintiff's IFP application (Dkt. No. 4) is denied, and the plaintiff's claims against the defendant are dismissed with prejudice.  Mills is hereby warned that the Court may impose monetary sanctions or bar him from filing future, should he continue filing baseless or frivolous actions.

– 2 –

So ordered on June __24__, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE